**Opinion issued June 11, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-21-00301-CV**

———————————

## IN RE J-M MANUFACTURING COMPANY, INC., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, J-M Manufacturing Company, Inc., has filed a petition for a writ of mandamus challenging the trial court's order denying relator's objections to a virtual jury trial, and requesting that this Court issue a writ of mandamus directing the trial court to hold an in-person jury trial.[1]

---

[1] The underlying case is *Andrea Jean Thompson, Individually and as Executrix of the Estate of Tracy Dean Thompson, Deceased, and Mandy Thompson Zorn*, Cause No. 2018-10109, in the 270th District Court of Harris County, Texas, the Honorable Dedra Davis presiding.

We deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Guerra, and Farris.